**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
**Attorney for Secured Creditor**

Wells Fargo Bank, N.A.
09-70384

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Bk Case Number: 09-50014-gwz |
|---|---|
|  | Chapter 13 |
| Paul David Bowers and Mary Diane Bowers | NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br>HEARING DATE: 8/5/2010<br>HEARING TIME: 1:30 pm |
| Debtor(s). | ESTIMATED TIME: 5 Minutes |

TO THE HONORABLE GREGG W. ZIVE, THE DEBTORS, THEIR ATTORNEY OF RECORD AND THE CHAPTER 13 TRUSTEE, AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on the 5th day of August, 2010 at 1:30 pm before United States Bankruptcy Gregg W. Zive, located at the Clifton Young Federal Building, 300 Booth Street, Courtroom No. 1, Reno, Nevada. Wells Fargo Bank, N.A., it's assignees and/or successors in interest and assigns ("Movant"), will move this Court, pursuant to 11 U.S.C. §362(d), for an order terminating the automatic stay, to allow Movant to proceed with its non-bankruptcy remedies, including, but not limited to foreclosure upon obtaining possession of and selling the subject real property located at 820 Glen Vista Dr., Sparks, NV 89434 (the "subject real property").

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 9014(d)(1) requires that any opposition to the motion must be filed and service completed upon the Movant not more that fourteen (14) days after service of the motion. The opposition must set forth all relevant facts and must contain a

legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of this rule.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- ☐ The court may *refuse to allow you to speak* at the scheduled hearing; and
- ☐ The court may *rule against you* without formally calling the matter at the hearing

DATED: 8/5/10

WILDE & ASSOCIATES

By _____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

1 | WILDE & ASSOCIATES
2 | Gregory L. Wilde, Esq.
Nevada Bar No. 004417
3 | 212 South Jones Boulevard
Las Vegas, Nevada 89107
4 | Telephone: 702 258-8200
Fax: 702 258-8787
5 |
6 | Wells Fargo Bank, N.A.
09-70384

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 09-50014-gwz |
|---|---|
| Paul David Bowers and Mary Diane Bowers | Date: 9/10/2010<br>Time: 1:30 pm |
| | Chapter 13 |
| Debtor(s). | |

### CERTIFICATE OF MAILING OF NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY

1. On 8/5/2010 I served the following documents(s):

NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

X  a. ECF System

Steven A. Alpert
alpert@pricelawgroup.com
Attorney for Debtors

William Van Meter
c13ecf@nvbell.netTrustee

X  b. United States mail, postage fully prepaid:

Steven A. Alpert
420 S. Jones Blvd

Las Vegas, NV 89107
Attorney for Debtors

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Managing Agent
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Paul David Bowers and Mary Diane Bowers
820 Glen Vista Drive
Sparks , NV  89434
Debtors

☐  **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐  1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office. **N/A**

☐  2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there. **N/A**

☐  **d. By direct mail (as opposed to through the ECF System)**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 8/5/10     By: *[signature]*